## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABMA,
## NORTHERN DIVISION

| | |
|---|---|
| In re:   JIT INDUSTRIES, INC. )<br>          EIN: xx-xxx7267 )<br>                                          )<br>          Debtor. )<br>                                          )<br>_____ )<br>                                          )<br>JIT INDUSTRIES, INC., )<br>                                          )<br>          Plaintiff, )<br>                                          )<br>v. )<br>                                          )<br>WELLS FARGO FINANCIAL<br>LEASING, INC., )<br>                                          )<br>SPECTRUM MFG. & SALES, INC., )<br>                                          )<br>CAVANAUGH GOVERNMENT<br>GROUP, LLC, )<br>                                          )<br>MSC INDUSTRIAL SUPPLY, )<br>                                          )<br>JIT MILITARY SALES,<br>An Alabama General Partnership, )<br>                                          )<br>AMERICAN EXPRESS BANK FSB,<br>A federal savings bank organized under the<br>Laws of the United States, )<br>                                          )<br>B.W. ELLIOTT MANUFACTURING<br>CO., LLC, )<br>                                          )<br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC, as assignee of<br>CAPITAL ONE BANK (USA), N.A., )<br>                                          )<br>CITY OF HUNTSVILLE, TAX<br>ADMINISTRATION DIVISION, )<br>                                          )<br>LYNDA HALL, TAX COLLECTOR FOR<br>MADISON COUNTY, ALABAMA, )<br>                                          )<br>ROBERTSON FUEL SYSTEMS, L.L.C. )<br>                                          )<br>          Defendants. ) | Case No.: 18-80892-CRJ-11<br><br>CHAPTER 11<br><br><br><br>Adversary Proceeding No: _____ |

**ADVERSARY PROCEEDING TO OBJECT TO DISPUTED PROOFS OF CLAIM AND FOR DECLARATORY JUDGMENT RELATED TO DEBTS OF JIT MILITARY SALES**

COMES NOW JIT Industries, Inc., as the Chapter 11 Debtor-in-Possession ("Debtor" and "JIT"), and, pursuant to Rule 7003 of the *Federal Rules of Bankruptcy Procedure,* shows unto the Court as follows:

## JURISDICTION AND VENUE

1.     On March 23, 2018 (the "Filing Date"), JIT filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Alabama, Northern Division (the "Bankruptcy Court").

2.     The Debtor continues to be authorized to operate as Debtor-in-Possession.

3.     Jurisdiction of this Court over the instant adversary proceeding is based upon 28 U.S.C. § 1334 in that this action arises and relates to the above-described Chapter 11 bankruptcy case and is not based solely on a claim or cause of action under state law.

4.     Venue of this proceeding is based on 28 U.S.C. § 1409 in that it is being commenced in the district where the related case under Title 11 U.S.C. is pending.

5.     The Debtor brings this adversary proceeding seeking a declaratory judgment pursuant to 11 U.S.C. § 105 and to object to creditor proofs of claim pursuant to Rule 3007 of the *Federal Rules of Bankruptcy Procedure*.

## FACTUAL AVERMENTS

### Parties

6.     JIT is an Alabama corporation headquartered in Morgan County, Alabama. It is the Debtor in the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

7.     Wells Fargo Leasing, Inc. ("Wells Fargo") is a disputed creditor in the Bankruptcy Case. Wells Fargo has filed a proof of claim in the Bankruptcy Case [Claim 1-1].

8. Spectrum Mfg. & Sales, Inc. ("Spectrum") is a disputed creditor in the Bankruptcy Case. Spectrum has filed a proof of claim in the Bankruptcy Case [Claim 4-1].

9. Cavanaugh Government Group, LLC ("Cavanaugh") is a disputed creditor in the Bankruptcy Case. Cavanaugh has filed a proof of claim in the Bankruptcy Case [Claim 5-1].

10. MSC Industrial Supply ("MSC") is a disputed creditor in the Bankruptcy Case. MSC has filed a proof of claim in the Bankruptcy Case [Claim 6-1].

11. American Express Bank FSB ("AMEX"), a federal savings bank organized under the laws of the United States, is a disputed creditor in the Bankruptcy Case. AMEX has not filed a proof of claim in the Bankruptcy Case, as of the date of this filing. Prepetition, AMEX filed suit in Alabama state court against JIT, but its claim remains unliquidated.

12. Portfolio Recovery Associates, LLC, as assignee of Capital One Bank (USA), N.A. ("PRA") is a disputed creditor in the Bankruptcy Case. PRA has not filed a proof of claim in the Bankruptcy Case, as of the date of this filing.

13. B.W. Elliott Manufacturing Co., LLC ("B.W."), is a disputed creditor in the Bankruptcy Case. B.W. has not filed a proof of claim in the Bankruptcy Case, as of the date of this filing.

14. The City of Huntsville, Tax Administration Division (the "City") is a disputed creditor in the Bankruptcy Case. City has not filed a proof of claim in the Bankruptcy Case, as of the date of this filing.

15. Lynda Hall, Tax Collector for Madison County, Alabama ("Hall") is a disputed creditor in the Bankruptcy Case. Hall has not filed a proof of claim in the Bankruptcy Case, as of the date of this filing.

16. Robertson Fuel Systems, L.L.C. ("Robertson") is a disputed creditor in the Bankruptcy Case. Robertson has not filed a proof of claim in the Bankruptcy Case, as of the date of this filing.

17.     JIT Military Sales ("Military Sales") is an Alabama general partnership. JIT and Military Sales are adverse parties in a separate adversary proceeding before this Court.

## History of JIT and Military Sales

18.     Between the years of 2009 and 2017, JIT operated on the understanding that Military Sales constituted a subsidiary of JIT; many creditors invoiced JIT directly for goods and services provided to Military Sales.

19.     In April 2017, however, an Alabama state court (the "State Court") found that Military Sales was, in fact, an entity separate and distinct from JIT, with JIT only owning 10% of the Military Sales general partnership. A true and correct copy of the State Court order making such findings is attached and incorporated as Exhibit "A."

20.     Today, JIT has no ownership interest in Military Sales because JIT's creditors foreclosed on its interest in the partnership in mid-2017.

## Appointment of Receiver for JIT

21.     On April 18, 2017, the State Court appointed Kevin D. Heard as receiver for Military Sales.

22.     Mr. Heard filed a receiver's report with the State Court on May 8, 2017 stating that AMEX and PRA, along with numerous unlisted creditors, were creditors of Military Sales. A true and correct copy Mr. Heard's receiver's report is attached and incorporated as Exhibit "B."

23.     JIT avers that the debts listed in Mr. Heard's receiver's reports includes the claims of Wells Fargo, Spectrum, Cavanaugh, MSC, AMEX, B.W., PRA, City, Hall, Robertson, and other unlisted creditors. These debts were incurred for the benefit of Military Sales, not JIT.

24.     On May 19, 2017, the State Court appointed Rod Hill, Danny Overbee, and Phillip Hill as Military Sales's receivers to take the place of Mr. Heard (the "New Receivers"). The New Receivers were former employees of JIT and the Plaintiffs in the State Court lawsuit.

25.     The New Receivers took possession of $691,960.69 via two checks paid from a JIT bank account, along with other property of value.

26.     JIT avers that the New Receivers have not, to date, paid any of the business expenses of Military Sales, thus resulting in the numerous disputed creditor claims in the present Bankruptcy Case for debts that were incurred for the benefit of Military Sales.

27.     JIT is unaware of what the New Receivers did with the hundreds of thousands of dollars of creditor money they took from Military Sales's bank account.

28.     JIT avers the collective debts Military Sales owes to Wells Fargo, Spectrum, Cavanaugh, MSC, AMEX, B.W., PRA, City, Hall, Robertson and other unknown creditors exceeds $600,000.00.

## COUNT ONE
### Objection to Proofs of Claim

29.     The factual averments of paragraphs 5 through 28 of this Complaint are incorporated as if restated herein.

30.     JIT hereby objects to the proofs of claim filed by Wells Fargo, Spectrum, Cavanaugh, and MSC [Claims 1-1, 4-1, 5-1, and 6-1] because these claims represent debts of Military Sales and not of JIT.

31.     JIT hereby objects to any and all claims of AMEX, B.W., City, Hall, Robertson, and PRA because any such claims represent debts of Military Sales and not JIT.

32.     JIT requests that this Court sustain its objection to all of the claims listed in this adversary proceeding.

## COUNT TWO

### Declaratory Judgment – Debts of Military Sales are not Debts of JIT

33.     The factual averments of paragraphs 5 through 32 of this Complaint are incorporated as if restated herein.

34.     JIT has filed this present adversary proceeding before the claims bar date to expedite the resolution of the Bankruptcy Case.

35.     Because the Bankruptcy Case is ongoing and, as of this adversary proceeding's filing date, the claims bar date has not expired, JIT expects disputed creditors to file more proofs of claim against JIT for debts of Military Sales.

36.     Again, such debts should be paid by Military Sales and not JIT; its receivers took possession of $691,960.69 in cash via two checks, along with other property but have failed to pay Military Sales's debts.

37.     Accordingly, JIT seeks an order from this Court determining that it is not responsible for the debts of Military Sales, including those listed creditors that have filed proofs of claim in JIT's Bankruptcy Case.

## PRAYERS FOR RELIEF

WHEREFORE, premises considered, the Debtor, JIT Industries, Inc., respectfully requests that, upon due notice and a hearing, this Honorable Court enter an Order:

A.     Sustaining its objection to each and every claim listed in this adversary proceeding;

B.     Determining that JIT is not responsible for the debts of Military Sales, whether or not those creditors have filed proofs of claim in JIT's Bankruptcy Case; and

C.     Granting such further relief as this Court deems just and proper.

Respectfully submitted this the 9th day of July, 2018.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys for the Debtor-in-Possession*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
Fax: (256) 512-9837

**SERVE UPON:**

Spectrum Mfg. & Sales, Inc.
1951 Hampshire Road
Columbus, OH 43221-4116

MSC Industrial Supply
75 Maxess Road
Melville, NY 11747

Wells Fargo Leasing, Inc.
800 Walnut Street
MAC F0005-055
De Moines, IA 50309

Wells Fargo Leasing, Inc.
C/O Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

Cavanaugh Government Group, LLC
8432 Beloit Avenue
Bridgeview, IL 60455

Cavanaugh Government Group, LLC
C/O Richard D. Klein
1730 Park Street, Ste. 221
Naperville, IL 60563

American Express Bank FSB
C/O C T Corporation System
2 North Jackson Street, Ste. 605
Montgomery, AL 36104

American Express Bank FSB
C/O Registered Agent
4315 S. 2700 W.
Salt Lake City, UT 84111

Charles N. Parnell, Esq.
Parnell & Parnell, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

Richard Blythe, Esq.
Office of the Bankruptcy Administrator
P. O. Box 3045
Decatur, AL 35602

Kevin D. Heard, Esq.
Heard, Ary & Dauro, LLC
303 Williams Avenue, Ste. 921
Huntsville, AL 35801

Rod Hill
255 Natchez Trail
Huntsville, AL 35806

Phillip Hill
3155 Hurricane Road
New Market, AL 35761

Danny Overbee
1414 Regency Boulevard SE
Decatur, AL 35601

B.W. Elliott Manufacturing CO., LLC
C/O Corporation Service Company
80 State Street
Albany, NY 12207-2543

Ann U. Smith, Esq.
Michael Best & Friedrich LLP
One S. Pinckney Street, Ste. 700
Madison, WI 53703

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 25341-0914

City of Huntsville
Tax Administration Division
P.O. Box 308
Huntsville, AL 35804

Lynda Hall, Tax Collector for
Madison County, Alabama
100 Northside Square, Ste. 116
Huntsville, AL 35801

Robertson Fuel Systems, L.L.C.
C/O Corporation Service Company
2338 W. Royal Palm Road, Ste. J
Phoenix, AZ 85021