# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: JIT INDUSTRIES, INC. <br> EIN: xx-xxx7267 <br><br> Debtor. | Case No.: 18-80892-CRJ-11 <br><br> CHAPTER 11 |
| JIT INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO FINANCIAL LEASING, INC., <br><br> SPECTRUM MFG. & SALES, INC., <br><br> CAVANAUGH GOVERNMENT GROUP, LLC, <br><br> MSC INDUSTRIAL SUPPLY, <br><br> JIT MILITARY SALES, <br> An Alabama General Partnership, <br><br> AMERICAN EXPRESS BANK FSB, <br> A federal savings bank organized under the Laws of the United States, <br><br> B.W. ELLIOTT MANUFACTURING CO., LLC, <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, as assignee of CAPITAL ONE BANK (USA), N.A., <br><br> CITY OF HUNTSVILLE, TAX ADMINISTRATION DIVISION, <br><br> LYNDA HALL, TAX COLLECTOR FOR MADISON COUNTY, ALABAMA, | Adversary Proceeding No.: 18-80069 |

|  | ) |
|---|---|
| ROBERTSON FUEL SYSTEMS, L.L.C. | ) |
|  | ) |
| Defendants. | ) |

**ORDER CONTINUING BRIEFING DATE ON MOTION TO DISMISS**
**ADVERSARY PROCEEDING FILED BY JIT MILITARY SALES**

This matter came before the Court on the oral Motion by the Plaintiff to modify the briefing date set by this Court in its August 23, 2018 Order (Doc. 41). A hearing was held on September 19, 2018, with appearances by Tazewell T. Shepard IV on behalf of Plaintiff JIT Industries, Inc., Kevin D. Heard on behalf of Defendant JIT Military Sales, and Michael A. Harrison on behalf of Defendant American Express National Bank.

Upon consideration by the Court, and for cause presented, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the briefing deadline of October 5, 2018 set by this Court's August 23, 2018 Order (Doc. 41) is hereby VACATED; it is further

**ORDERED, ADJUDGED** and **DECREED** that JIT Industries, Inc. and JIT Military Sales must submit the briefs previously ordered on or before **Monday, November 5, 2018** by **5:00 p.m., CDT**.

Dated this the 21st day of September, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
Attorney for Debtor/Plaintiff