# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: JIT INDUSTRIES, INC. | ) | Case No.: 18-80892-CRJ-11 |
| Debtor. | ) ) ) ) ) | CHAPTER 11 |
| JIT INDUSTRIES, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adversary Proceeding No.: 18-80069 |
| WELLS FARGO FINANCIAL LEASING, INC., et. al | ) ) ) ) | |
| Defendants. | ) | |

## ORDER CONTINUING BRIEFING DATE ON MOTION TO DISMISS
## ADVERSARY PROCEEDING FILED BY JIT MILITARY SALES

This matter came before the Court on the oral Motion by the Plaintiff to modify the briefing date set by this Court in its Order dated September 21, 2018 (Doc. 78). A hearing was held on October 17, 2018, with appearances by Tazewell T. Shepard IV on behalf of Plaintiff JIT Industries, Inc. and Kevin D. Heard on behalf of Defendant JIT Military Sales.

Upon consideration by the Court, and for cause presented, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the briefing deadline of November 5, 2018 is hereby **VACATED**; it is further

**ORDERED, ADJUDGED** and **DECREED** that JIT Industries, Inc. and JIT Military Sales must submit the briefs previously ordered on or before **Wednesday, December 5, 2018** by **5:00 p.m., CDT**.

Dated this the 18th day of October, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
Attorney for Debtor/Plaintiff