# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of:<br>JIT INDUSTRIES, INC.<br><br>　　　　　　　Debtor(s). | CASE NO. 18-80892-CRJ-11<br><br>CHAPTER 11 |
| JIT INDUSTRIES, INC.,<br>　　　　　　　Plaintiff(s),<br>　v.<br>WELLS FARGO FINANCIAL<br>LEASING, INC., *et al.*,<br>　　　　　　　Defendant(s). | AP NO. 18-80069-CRJ-11 |

## ORDER SCHEDULING EVIDENTIARY HEARING ON PLAINTIFF'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AS TO DEFENDANT AMERICAN EXPRESS AND MOTION BY AMERICAN EXPRESS TO ESTABLISH CLAIM AS ALLOWED TO PERMIT LATE-FILED CLAIM

　　　This Adversary Proceeding came before the Court on November 20, 2018 for hearing on Plaintiff's Motion to Dismiss Complaint Without Prejudice as to Defendant American Express and Motion by American Express National Bank to Establish its Claim as Allowed to Permit Late-Filed Claim. Appearing at the hearing were Tazewell Taylor Shepard, IV, Esq., counsel for the Plaintiff; Michael Harrison, Esq., counsel for American Express National Bank (hereinafter "American Express"); and Angela Ary, Esq., counsel for JIT Military Sales.

　　　Prior to the hearing, the Court reviewed and considered the Debtor's Brief Arguing Service on Counsel for Creditor is Sufficient Notice to Creditor of the Claims Bar Date and American Express's Brief in Support of its Motion to Establish its Claim as Allowed and to Permit Late-Filed Claim. The Court having determined that service on counsel for American Express was sufficient notice of the claims bar date, the Court finds that this Adversary Proceeding should be scheduled for an Evidentiary Hearing to determine whether a finding of excusable neglect is warranted under the circumstances of this case.

　　　**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

　　　1. The parties must file a **Joint Stipulation of Undisputed Facts and Disputed Issues** and **Witness** and **Exhibit lists** on or before **Monday, January 7, 2019**, by **12:00 p.m., Noon, CDT**.

2. The Motion to Dismiss Complaint Without Prejudice as to Defendant American Express and the Motion by American Express to Establish its Claim as Allowed to Permit Late-Filed Claim are hereby scheduled for an Evidentiary Hearing on the issue of excusable neglect on **Monday, January 14, 2019** at **10:00 a.m.** before the Honorable Clifton R. Jessup, Jr. at the United States Bankruptcy Court, 400 Well Street, Decatur, AL 35601.

3. Charles N. Parnell, Esq., prepetition counsel for American Express (hereinafter "Pre-Petition Counsel"), and Becket & Lee LLP, bankruptcy counsel for American Express (hereinafter "Bankruptcy Counsel"), are directed to appear at the Evidentiary Hearing to provide testimony regarding the following issues: (i) whether Pre-Petition Counsel provided American Express and/or Bankruptcy Counsel with the information he received from the Debtor's bankruptcy counsel; (ii) whether Bankruptcy Counsel reasonably assumed that the Court had not established a bar date for filing proofs of claims or should have checked the Docket or contacted counsel for the Debtor; and (iii) any other evidence regarding the basis for American Express's argument regarding excusable neglect.

Dated this the 21st day of November, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge