# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | |
|---|---|
| In re: JIT INDUSTRIES, INC.<br>EIN: xx-xxx7267<br><br>Debtor.<br><br>_____<br><br>JIT INDUSTRIES, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO FINANCIAL<br>LEASING, INC., et. al<br><br>　　　Defendants. | Case No.: 18-80892-CRJ-11<br><br>CHAPTER 11<br><br><br><br><br><br>Adversary Proceeding No.: 18-80069 |

## PLAINTIFF'S MOTION TO DISMISS
## ADVERSARY PROCEEDING WITHOUT PREJUDICE

COMES NOW the Plaintiff, JIT Industries, Inc. (the "Plaintiff"), and states as follows:

1. On December 20, 2018, the Plaintiff and Disputed Creditor American Express, FSB ("AMEX") filed with this Court a Fed.R.Bankr.P. Rule 9019 Motion for Compromise, resolving AMEX's involvement in this case.

2. The Plaintiff has now resolved the issues raised in this adversary proceeding with all disputed creditors to this proceeding and this case may be closed.

3. Pursuant to Rule 41 of the *Federal Rules of Civil Procedure* and Rule 7041 of the *Federal Rules of Bankruptcy Procedure*, the Plaintiff now seeks to dismiss this case without prejudice and respectfully requests that this Court vacate its Order dated November 20, 2018 [Doc. 121] requiring briefs as such requirement is now moot;

WHEREFORE, premises considered, JIT Industries, Inc. respectfully requests that this Court enter an Order:

    (a)    Vacating its Order dated November 20, 2018 requiring briefs;

    (b)    Dismissing this adversary proceeding without prejudice; and

    (c)    Granting such further relief as this Court deems just and proper.

Respectfully submitted this the 21st day of December, 2018.

    */s/ Tazewell T. Shepard IV*
    Tazewell T. Shepard III
    Tazewell T. Shepard IV
    *Attorneys for Plaintiff*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924

## CERTIFICATE OF SERVICE

This is to certify that I have this 21st day of December, 2018 served the foregoing document upon the Debtor's twenty (20) largest unsecured creditors; all persons requesting notice; and upon the below listed parties by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

| | |
|---|---|
| Richard Blythe, Esq. | Michael. A. Harrison |
| Office of the Bankruptcy Administrator | Key, Greer, Harrison & Casey |
| P. O. Box 3045 | P.O. Box 360345 |
| Decatur, AL 35602 | Birmingham, AL 35236 |

Kevin D. Heard, Esq.
Heard, Ary & Dauro, LLC
303 Williams Avenue, Ste. 921
Huntsville, AL 35801

    */s/ Tazewell T. Shepard IV*
    Tazewell T. Shepard IV